# EXHIBIT A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

RALPH PAIGE
Vs.
CAROLYN DEMPSTER

C.A. No.    2019 CA 000492 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge JOHN M CAMPBELL
Date:  January 25, 2019
Initial Conference: 9:30 am, Friday, April 26, 2019
Location:  Courtroom 519
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin

CAIO-60

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Ralph E Paige

vs

Carolyn Dempster

Case Number: 19 - 0000492

Date: _____

☐ One of the defendants is being sued in their official capacity.

| Name: (Please Print) Ralph E Paige | Relationship to Lawsuit |
|---|---|
| Firm Name: U.S. Department of Education | ☐ Attorney for Plaintiff |
| Telephone No.: Six digit Unified Bar No.: W-202-245-8083 -C- 202 445-9194 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury  ☐ 6 Person Jury  ☐ 12 Person Jury
Demand: $_____  Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____  Judge: _____  Calendar #: _____

Case No.: _____  Judge: _____  Calendar#: _____

---

**NATURE OF SUIT:** (Check One Box Only)

**A. CONTRACTS**  **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
    Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
    Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☒ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
    Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
    Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE  IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ [signature]_                        1/25/19
Attorney's Signature                     Date

CV-496/ June 2015

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Ralph E. Page
_____ Plaintiff
vs.

Carolyn Dempster
_____ Defendant

Case Number  19 - 0000492

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Ralph E. Page
Name of Plaintiff's Attorney

500 12th St SW Washington DC
Address

U.S. Dept of Education

W-245-8083 C 202-445-9144
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

Por: _____
Subsecretario

Dirección
_____
_____

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 연락주십시오    የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                         Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
JAN 25 2019
Superior Court
of the District of Columbia
Washington, D.C.

Case No. __19 - 0000492__

# COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

**Ralph E Paige**
PLAINTIFF

vs

**Carolyn Dempster**
DEFENDANT

500 12th Street S.W.
Address (No Post Office Boxes)

500 12th street S.W.
Address (No Post Office Boxes)

Washington DC  U.S Dept of Education 20202
City    State    Zip Code

Washington DC  US. Dept of Education
City    State    Zip Code

W 202-245-7083 Work
Telephone Number

W. 202-245-6677
Telephone Number

Ralph.Paige@ed.gov
Email Address (optional)

Carolyn.Dempster@ed.gov
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On November 29, 2019 my supervisor Carolyn Dempster calla team meeting about our work. The meeting start off with Carolyn stating if any of us had something to say about the excel spreadsheet she created, I Ralph spoke up and said I have something to say and express my thoughts and later was reprimanded. I receive a letter of reprimand on Dec 6, 2019 from Carolyn for disorderly conduct, and EEO Complaint was filed with EEO because of the Allegations she were made against me wasn't true, if you need more information I have it.

2. What relief are you requesting from the Court? Include any request for money damages.

I would like the court give me a restraining order against my Supervisor (Carolyn Dempster) she harrass me, I fear for my life and retaliation against her. I am a 30 yr Federal Gov't worker who being target because of my color and being discriminated against. The order I want her to stay 150 to 200 feet away from me at all times until this EEO complaint is resolved.

Form CA-3074 [Rev. Nov. 2017]    1    Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

On Dec 13, 2019 my supervisor came to my desk provoking me and harass me about a email she said I didn't respond to Carolyn in that the entire scene at my desk, I left my desk to walk and came back to my desk. The early week of of Dec 22 + 23 I receive a meeting invite from supervisor to meet with her and Investigator Interview which was held yesterday Jan 24, 2019 at 9:30. My Union representative represent me in that meeting. The are more action being taking place in this issue with EEO

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

1/25/19
_____
DATE

Subscribed and sworn to before me this 25 day of January, 2019

_____
(Notary Public/Deputy Clerk)

2

FILED
CIVIL ACTIONS BRANCH
JAN 25 2019
Superior Court
of the District of Columbia
Washington, D.C.



Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. 19 - 0000492

## MOTION FOR RESTRAINING ORDER

☒ **TEMPORARY RESTRAINING ORDER**
An emergency order that lasts 14 days

☒ **PRELIMINARY INJUNCTION**
An emergency order that lasts until trial

**PLAINTIFF:** Ralph E. Paige
**Address:** 500 12th St, S.W.
**City/State/Zip:** Washington DC 20002
U.S. Dept of Education
**Telephone Number:** W 202-245-8083 / C 202-445-9194
**Email Address (optional):** Ralph.Paige@ed.gov + RalphPaige.88@gmail.com

vs

**DEFENDANT:** Carolyn Dempster
**Address:** 500 12th St S.W Washington DC
U.S. Department of Education
**City/State/Zip:**
**Telephone Number:** W-202-245-6677
**Email Address (optional):**

1. Is there an emergency? If yes, what is the nature of that emergency? Include facts, name(s), and location(s):

   N/A I want a restraining order against Defendant

2. Plaintiff requests that the Court order the Defendant(s) to: Want

   To stay 3 hundred feet from me and to meet with her I must have a Union Representative all times with me until this issue is resolved. She (Carolyn) has harras me, provoking all ways injecting her authority as supervisor. I afraid of being retaliate against, she have already done this. I am afraid she going to attack me. I am being targetted & intimidated by her because of Supervisor authority and discriminated because of my color.

Form CA-3073 [Rev. Nov. 2017]     1     Super. Ct. Civ. R. 65

*The following questions are optional and can be helpful to the Court.*

A. What is the relationship between Plaintiff and Defendant?

- ☐ Landlord & Tenant
- ☐ Dating relationship or child in common
- ☐ Neighbors
- ☒ Co-Workers — employee, supervisor
- ☐ Family
- ☐ Friends or former friends
- ☐ No relationship
- ☐ Other (explain):

Ralph Page   Carolyn Dempster

B. Were the police contacted about the incident?

- ☐ Yes
- ☒ No

C. Was anyone arrested?

- ☐ Yes
- ☒ No

If yes, provide the name of the individual(s) arrested:

D. Are there any **prior** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

- ☐ Yes
- ☒ No

If yes, provide the case number(s) and location of the other court(s):

E. Are there any **ongoing** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes     ☒ No

If yes, provide the case number(s) and location of the other court(s):

_____
_____

F. Is there a written or oral lease agreement between Plaintiff and Defendant?

☐ Yes     ☒ No

G. Is there an eviction pending?

☐ Yes     ☒ No

If yes, provide the eviction date and explain:

_____
_____

H. Does this case involve a foreclosure?

☐ Yes     ☒ No

If yes, explain the status of the case:

_____
_____
_____

I. Does this case involve students attending the same school?

☐ Yes     ☒ No

If yes, explain:

_____
_____
_____

3

State any other information, of which the Court should be aware:

Court should know that and EEO Complaint have been filed against Carolyn Dempster, and meeting with the ADR mediation will take place 29, 2019 from 1 to 3 pm

**SIGNATURE**

*[signature: Ralph E. Page]*

SIGNATURE                     DATE  1/25/19

**CERTIFICATE OF SERVICE**

On  Jan 25 , 20 19 , I mailed this motion to all the lawyers in the case, the Plaintiff(s) and the Defendant(s) who do not have lawyers, as listed below:

| Name: Carolyn Dempster | Name: |
|---|---|
| Address: 500 12th St. S.W. Washington DC U.S Department of Education on 6 floor PCP Building room 6153 B | Address: |

*[signature: Ralph E. Page]*

SIGNATURE                     DATE  1/25/19

**POINTS AND AUTHORITIES**

What legal basis – laws, regulations, court rules or decisions – do you want the judge to consider?

I would love the court to grant me a restraining order against Carolyn Dempster until matter are resolved with EEO

*[signature: Ralph E. Page]*

SIGNATURE                     DATE  1/25/19

4



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. __19 - 0000492__

__Ralph E Page__  vs  __Carolyn Dempster__
PLAINTIFF                    DEFENDANT

## ORDER

Upon consideration of the motion for:  [X] TEMPORARY RESTRAINING ORDER

[ ] PRELIMINARY INJUNCTION

[ ] _____

filed by __Ralph E Page__
and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____
day of __Jan 25__, 20__19__

ORDERED:

(1) That the motion be, and it is hereby, [ ] GRANTED    [ ] DENIED

(2) That _____

_____

_____

_____

_____

_____

_____

_____

Copies to:

_____
Judge

Form CA-7-545 [Rev. Nov. 2017]          1

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
**OFFICE OF THE JUDGE-IN-CHAMBERS**
*OFICINA DEL JUEZ DE TURNO*



__Ralph Paige__
Plaintiff / *Demandante*

vs.

__Carolyn Dempster__
Defendant / *Demandado*

Case No. / *No. de caso* __2019 CA 492__

### NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an / *Por el presente, se le notifica que el/la Demandante ha presentado un/a:*

☑ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O. por sus siglas en ingles)*

☐ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☐ Other / *Otro:* _____

The following Hearing has been scheduled for/has been continued to / *Se ha programado/ aplazado la siguiente audiencia para:*

__2/6/2019__ at / *a la(s)* __10:00am__ a.m. /p.m. a / *para*
(date / *fecha*)          (time / *hora*)

☑ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☐ Other / *Otro:* _____

will be heard by / *se ventilara ante:*

☑ Judge-in-Chambers / *el juez de turno*

☐ The calendar Judge / *el juez asignado,* Judge / *Juez* _____, calender / *calendario* _____

at the following location / *en el siguiente lugar:*

☑ Judge-in-Chambers Room 4220 (4th Floor)/ Juez de turno, Oficina 4220 *(4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / Sala _____

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / Sala _____

☐ Building / *Edificio* B: 510 4th St. NW, Courtroom / Sala _____

☐ Mediation 510 4th St. NW, Suite 123

**If you wish to be heard, your presence is required / Si desea hablar ante el juez, se requerira su presencia.**

REVISED FORM SO-2064/SEPT 2014 /TRANSLATED BY OCIS AUG 2012

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**January 28, 2019**

CASE NAME:    RALPH PAIGE Vs. CAROLYN DEMPSTER

CASE NO.      2019 CA 000492 B

The above-captioned Civil Actions case has been scheduled for Hearing on Temporary Restraining Order on the date and time shown below.   All parties shall appear before Judge JUDGE-IN-CHAMBERS.

**HEARING DATE: Wednesday, February 06, 2019**
**TIME: 10:00 am**
**LOCATION:   500 Indiana Avenue N.W.**
             **Judge In Chambers, Room 4220**
             **WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

RALPH PAIGE
500 12th St SW

WASHINGTON, DC 20002

2019 CA 000492 B

CANOH-1
1/28/2019

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

### January 28, 2019

CASE NAME:   RALPH PAIGE Vs. CAROLYN DEMPSTER

CASE NO.   2019 CA 000492 B

The above-captioned Civil Actions case has been scheduled for Hearing on Temporary Restraining Order on the date and time shown below.  All parties shall appear before Judge JUDGE-IN-CHAMBERS.

HEARING DATE: Wednesday, February 06, 2019
TIME: 10:00 am
LOCATION:  500 Indiana Avenue N.W.
           Judge In Chambers, Room 4220
           WASHINGTON, DC 20001

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

CAROLYN DEMPSTER
200 12th St SW

WASHINGTON, DC 20002

2019 CA 000492 B

CANOH-1
1/28/2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH PAIGE<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN DEMPSTER<br><br>Defendant. | Civil Action No. 19-0278<br><br>(D.C. Super. Ct. Civil<br>Action No. 2019 CA 000492 B) |

### CERTIFICATION

I, Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and most recently redelegated to me on September 27, 2017, hereby certify that I have read the Complaint in the above-captioned matter, as well as Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and that on the basis of the information now available to me, I find that Defendant Carolyn Dempster was an employee of the Government and was acting within the scope of her employment by the U.S. Department of Education at the time of the incidents alleged in the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction.

Dated: February 1, 2019

Respectfully submitted,

*/s/ Daniel F. Van Horn*
Daniel F. Van Horn, D.C. BAR # 924092
Chief, Civil Division

Exhibit B